■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RUBY DIANNE MOORE, Appellant. [619 NYS2d 999] —Judgment unanimously affirmed *(see, People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Supreme Court, Erie County, Rossetti, J.—Manslaughter, 1st Degree.) Present—Green, J. P., Wesley, Callahan, Doerr and Boehm, JJ.

■ In the Matter of JULIE THEEL et al., Petitioners, v ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES et al., Respondents. [619 NYS2d 1001] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: The determination to remove the child from petitioners' foster care is supported by substantial evidence and is neither arbitrary nor capricious *(see, Matter of O'Rourke v Kirby,* 54 NY2d 8, 14). The removal decision was based upon the strong public policy favoring placement of the child with his siblings *(see,* Social Services Law § 384-a [1-a]; Family Ct Act § 1027-a; 18 NYCRR 431.10 [a]), together with evidence that the benefits of uniting the child with his brother will outweigh any harm that may result from removing the child from his current foster parents. (Article 78 Proceeding Transferred by Order of Supreme Court, Erie County, Cosgrove, J.) Present—Green, J. P., Wesley, Callahan, Doerr and Boehm, JJ.

■ DOUGLAS DOWDING, Respondent, v GLACIER CREEK PROPERTIES et al., Defendants. MURNANE ASSOCIATES, INC., Third-Party Plaintiff, v MIDSTATE ELEVATOR COMPANY, Third-Party Defendant-Appellant. GLACIER CREEK PROPERTIES, Third-Party Plaintiff, v MIDSTATE ELEVATOR COMPANY, Third-Party Defendant-Appellant. [619 NYS2d 1000] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Hurlbutt, J. (Appeal from Order of Supreme Court, Onondaga County, Hurlbutt, J.—Summary Judgment.) Present—Green, J. P., Wesley, Callahan, Doerr and Boehm, JJ.